## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOEL MOSQUERA, derivatively on behalf of PINTEREST, INC., | |
| Plaintiff, | |
| v. | C.A. No. 21-cv-173-MN |
| BENJAMIN SILBERMANN, TODD MORGENFELD, JEFFREY JORDAN, LESLIE J. KILGORE, JEREMY S. LEVINE, GOKUL RAJARAM, FREDRIC G. REYNOLDS, EVAN SHARP, and MICHELLE WILSON, | **DEMAND FOR JURY TRIAL** |
| Defendants, | |
| and | |
| PINTEREST, INC., | |
| Nominal Defendant. | |

## NOTICE OF DISMISSAL

Plaintiff voluntarily dismisses this action pursuant to Federal Rules of Civil Procedure 23.1(c) and 41(a), without prejudice as to Plaintiff, nominal defendant Pinterest, Inc. ("Pinterest") and/or any other Pinterest shareholder. Each party shall bear its own fees and costs.

Notice to shareholders of this dismissal is unnecessary because: (i) the dismissal is without prejudice to the ability of any Pinterest shareholders, or the Company itself, to pursue the claims; (ii) there has been no settlement or compromise of the Action; (iii) there has been no collusion among the parties; and (iv) neither Plaintiff nor his counsel has received or will receive directly or indirectly any consideration from the Defendants for the dismissal.

2

Dated: February 24, 2021

Respectfully submitted,

**FARNAN LLP**

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Of Counsel:

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
240 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Attorneys for Plaintiff*